UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT GLENN FLESHMAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 14-cv-05426 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand Pursuant to Sentence Six, 42 U.S.C. § 405(g) (ECF No. 15), and the relevant record, does hereby find and ORDER:

  (1)  The Court adopts the Report and Recommendation (Dkt. 16).

  (2)  The matter is REMANDED pursuant to sentence six of 42 U.S.C. § 405(g).

  (3)  This Court retains jurisdiction over this action;

(4)     On remand, Plaintiff will be provided with a copy of the case CD and exhibits, and the Appeals Council shall give Plaintiff's representative the opportunity to file a brief and will consider Plaintiff's request for review again;

(5)     If the outcome still is not fully favorable to Plaintiff, Plaintiff may seek judicial review by reinstating this case rather than by filing a new complaint; and

(6)     If the outcome is favorable to Plaintiff, the parties shall move this Court for entry of Judgment.

Dated this 18th day of September, 2014.

*signature*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2